IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **BEAUTY IGBINEWEKA,** )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>**WEST ASSET MANAGEMENT,** )<br>)<br>    Defendant. ) | Cause No.  3:12-CV-01096-M |

## NOTICE OF PENDING SETTLEMENT

Defendant, West Asset Management, Inc., by and through its undersigned counsel, hereby submits this Notice of Pending Settlement and states that the parties have reached a verbal settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents.  Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

    Respectfully Submitted,

/s/ Whitney L. White
Whitney L. White
State Bar No. 24075269
**Sessions, Fishman, Nathan, & Israel, LLC**
900 Jackson Street, Suite 440
Dallas, Texas 75202
Telephone: (214) 741-3001
Facsimile:  (214) 741-3055
Email: wwhite@sessions-law.biz

**Attorney for Defendant,
West Asset Management, Inc.**

1

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of May, 2012, a copy of the foregoing **Notice of Pending Settlement** was electronically filed with the Clerk of the Court, United States District Court for the Northern District of Texas, and served upon the following via ECF:

G. Brad Riffe
The Riffe Law Firm, PLLC
2591 Dallas Parkway, Ste. 300
Frisco, Texas 75034
Telephone: 214-281-8909
Facsimile: 888-370-3148
briffe@riffelawfirm.com

/s/ Whitney L. White
Whitney L. White