IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **BEAUTY IGBINEWEKA,** | ) |
| Plaintiff, | ) |
| | ) Cause No. 3:12-CV-01096-M |
| v. | ) |
| | ) |
| **WEST ASSET MANAGEMENT, INC.** | ) |
| | ) |
| Defendant. | ) |

### STIPULATION OF DISMISSAL WITH PREJUDICE

COMES now Plaintiff, Beauty Igbineweka, and Defendant, West Asset Management Inc. ("WAM"), by and through their undersigned counsel, in the above-titled action and represent to the Court that this matter, regarding Plaintiff's claims against WAM, has been settled amicably, and request entry of a Final Order of Dismissal with Prejudice in this matter, with each party to bear its own costs and attorneys' fees except as provided in the parties' Settlement Agreement and Release of Liability.

Dated this 18th day of June 2012.

| AGREED TO: | Respectfully submitted, |
|---|---|
| /s/ G. Brad Riffe | /s/ Whitney L. White |
| G. Brad Riffe | Whitney L. White |
| The Riffe Law Firm | SESSIONS, FISHMAN, NATHAN & ISRAEL, LLC |
| 2591 Dallas Parkway, Suite 300 | 900 Jackson St., Ste. 440 |
| Frisco, TX 75034 | Dallas, TX 75202 |
| **Attorney for Plaintiff** | **Attorney for Defendant,** **West Asset Management, Inc**. |

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of June, 2012, a copy of the foregoing **Stipulation of Dismissal with Prejudice** was electronically filed with the Clerk of the Court, United States District Court for the Northern District of Texas, and served upon the following via ECF:

G. Brad Riffe
The Riffe Law Firm, PLLC
2591 Dallas Parkway, Ste. 300
Frisco, Texas 75034
Telephone: 214-281-8909
Facsimile: 888-370-3148
briffe@riffelawfirm.com

/s/ Whitney L. White
Whitney L. White