IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BEAUTY IGBINEWEKA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:12-cv-1096-M |
| | § | |
| WEST ASSET MANAGEMENT, INC., | § | |
| | § | |
| Defendant. | § | |

**ORDER**

Before the Court is the parties' Stipulation of Dismissal with Prejudice [Docket Entry #11]. It is hereby ORDERED, ADJUDGED, and DECREED that this action is dismissed with prejudice. Each party shall bear her or its own attorneys' fees and costs.

**SO ORDERED.**

June 21, 2012.

**BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS**